■ CHRISTOPHER M. BOWER, Respondent-Appellant, v CITY OF LOCKPORT et al., Appellants-Respondents. [987 NYS2d 590]—

Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.